**ORIGINAL**

In the United States District Court

for the ____Central____ District of ____California____

United States of America

v.

George Garofano

Criminal No. 18-CR-00010-SVW

Consent to Transfer of Case

for Plea and Sentence

(Under Rule 20)

FILED 2018 FEB 20 PM 2:01 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

I, ____George Garofano____, defendant, have been informed that a __information__ _(indictment, information, complaint)_ is pending against me in the above designated cause. I wish to plead ____guilty____ _(guilty, nolo contendre)_ to the offense charged, to consent to the disposition of the case in the _____ District of ____Connecticut____ in which I ____am held____ _am under arrest, am held)_ and to waive trial in the above captioned District.

Dated: __FEBRUARY 1, 2018__ at __NEW HAVEN, CT__

_(defendant)_

_(counsel for defendant)_

Approved

United States Attorney for the
**Central** _____ District of
**California**

United States Attorney for the
_____ District of
**Connecticut**

FORM USA-153
SEP 82



# United States District Court
## Central District of California
### Office of the Clerk

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
312 North Spring Street, Room G-8
Los Angeles, CA 90012

February 26, 2018

District of **Connecticut**

**Richard C. Lee US Courthouse , 141 Church Street, Room 214**

**New Haven, CT 06510-6510**

Transfer of ☑ Criminal Case or ☐ Magistrate Case
Case No. **2:18-cr-00010-SVW** Case Title: **USA v. George Garofano**

Dear Sir/Madam:

Please find enclosed or note the following:

**Pursuant to Fed. R. Crim. P. 5:**
- ☐ Certified copy of case file documents (filed prior to January 1, 2007**) and docket sheet
- ☐ The documents have been filed electronically and are available through PACER.
- ☐ Not for public view document (pursuant to Judicial Conference policy)
- ☐ Original Bond          or    ☐ Original Bond to be forwarded by Fiscal
- ☐ Original Passport      or    ☐ Declaration re: Passport
- ☐ Original Passport (received on or after 1-1-07) will be transferred by Pretrial Services
- ☐ Other

**Pursuant to ☑ Fed. R. Crim. P. 20 / ☐ Fed. R. Crim. P. 21:**
- ☑ The documents have been filed electronically and are available through PACER.
- ☐ Certified copy of docket sheet
- ☐ Certified copy of Indictment / Information**    ☐ Original Consent of defendant
- ☐ Original Passport          or                   ☐ Declaration re: Passport
- ☐ Original Passport (received on or after 1-1-07) will be transferred by Pretrial Services
- ☐ Not for public view document (pursuant to Judicial Conference policy)
- ☐ Other

> **Note: Documents filed on or after January 1, 2007, are available electronically through PACER.**
> Electronically filed documents can be retrieved by using your court's PACER account.

Sincerely,

Clerk, U.S. District Court

By **lori_muraoka@cacd.uscourts.gov**
Deputy Clerk

cc: U.S. Attorney, Central District of California; Pretrial Services Office, Receiving District

---

### TO BE COMPLETED BY RECEIVING DISTRICT

Please acknowledge receipt via e-mail to the appropriate address listed below and provide the case number:

- ☑ CrimIntakeCourtDocs-LA@cacd.uscourts.gov   (Los Angeles Offices)
- ☐ CrimIntakeCourtDocs-RS@cacd.uscourts.gov   (Riverside Office)
- ☐ CrimIntakeCourtDocs-SA@cacd.uscourts.gov   (Santa Ana Office)

Case No: _____    Clerk, U.S. District Court

By: _____
Date                                 Deputy Clerk

CR-48 (01/18)          LETTER RE: Fed. R. Crim. P. 5, 20, and 21 - TRANSFER OUT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>GEORGE GAROFANO,<br><br>　　　　Defendant. | CR No 18CR00010-SVW<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 1030(a)(2)(C), (c)(2)(B)(ii), (iii): Unauthorized Access to a Protected Computer to Obtain Information] |

　　The United States Attorney charges:

　　　　[18 U.S.C. § 1030(a)(2)(C), (c)(2)(B)(ii), (iii)]

　　1.　Apple Inc. ("Apple"), located in Cupertino, California, operates computers used by subscribers all over the world in interstate and foreign commerce and communications. One of the services that Apple provides to its customers is "iCloud," a "cloud" computing back-up system for subscriber data. Photographs and videos taken on Apple iPhones and other digital devices can be automatically backed up to the iCloud, making them accessible to users on the Internet.

　　2.　Between on or about April 18, 2013, and October 22, 2014, in Los Angeles County, within the Central District of California, in Northford, Connecticut, within the District of Connecticut, and

elsewhere, defendant GEORGE GAROFANO, intentionally and in furtherance of criminal and tortious acts, namely, Grand Theft, in violation of California Penal Code Section 487, and the California State torts of Invasion of Privacy and Intrusion upon Seclusion, accessed without authorization and in excess of authorization Apple iCloud accounts, which were maintained on protected computers as that term is defined in Title 18, United States Code, Section 1030(e)(2)(B), belonging to more than 250 victims, including victims residing within the Central District of California and the District of Connecticut, and thereby obtained complete iCloud backups, photographs, and other private information, the value of which exceeded $5,000.

SANDRA R. BROWN
Attorney for the United States,
Acting Under Authority Conferred
by 28 U.S.C. § 515

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

STEPHANIE S. CHRISTENSEN
Assistant United States Attorney
Chief, Cyber & Intellectual
Property Crimes Section

RYAN WHITE
Assistant United States Attorney
Deputy Chief, Cyber & Intellectual
Property Crimes Section

2

WESTERN,CLOSED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:18-cr-00010-SVW All Defendants

| | |
|---|---|
| Case title: USA v. Garofano | Date Filed: 01/11/2018 |
| | Date Terminated: 02/20/2018 |

Assigned to: Judge Stephen V. Wilson

**Defendant (1)**

**George Garofano**
*TERMINATED: 02/20/2018*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1030(a)(2)(C),(c)(2)(B)(ii),(iii) UNAUTHORIZED ACCESS TO A PROTECTED COMPUTER TO OBTAIN INFORMATION (1) | Rule 20 Consent to Transfer to District of Connecticut at New Haven |

| **Highest Offense Level (Terminated)** | |
|---|---|
| Felony | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **US Attorney's Office** AUSA - Office of US Attorney Criminal Div - US Courthouse 312 N Spring St, 12th Floor Los Angeles, CA 90012-4700 213-894-2434 |

Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/11/2018 | 1 | INFORMATION filed as to George Garofano (1) count(s) 1. Offense occurred in Los Angeles. (jp) (Entered: 01/12/2018) |
| 01/11/2018 | 2 | CASE SUMMARY filed by AUSA Ryan White as to Defendant George Garofano; defendants Year of Birth: 1991. (jp) (Entered: 01/12/2018) |
| 01/11/2018 | 3 | NOTICE filed by Plaintiff USA as to Defendant George Garofano, Re: Information 1 Plaintiff United States of America 1 by and through its counsel of record Assistant United States Attorney Ryan White, hereby files, concurrently with the Information in this case 1 this notice that the government is not requesting an arrest warrant or a summons in this case because the government intends to transfer the case to the District of Connecticut pursuant to Federal Rule of Criminal Procedure 20. (mat) (Entered: 01/12/2018) |
| 01/11/2018 | 4 | MEMORANDUM filed by Plaintiff USA as to Defendant George Garofano. Regarding Judge Andre Birotte Jr and Honorable Michael W. Fitzgerald. (mat) (Entered: 01/12/2018) |
| 01/11/2018 | 5 | MEMORANDUM filed by Plaintiff USA as to Defendant George Garofano. Regarding Magistrate Judge Jacqueline Chooljian, Patrick J. Walsh, Sheri Pym, Michael Wilner, Jean Rosenbluth, Alka Sagar, Douglas McCormick, Rozella Oliver, Gail J. Standish, Steve Kim, and John Early. (mat) (Entered: 01/12/2018) |
| 01/11/2018 | 6 | NOTICE OF LODGING; Exhibits, filed by Plaintiff USA as to Defendant George Garofano (mat) (Entered: 01/12/2018) |
| 02/20/2018 | 7 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to District of Connecticut. Counts closed as to George Garofano (1) Count 1. (Attachments: # 1 CR-48) (lom) (Entered: 02/26/2018) |
| 02/26/2018 |  | Notice to District of Connecticut of a Rule 20 Consent to Transfer as to Defendant George Garofano. Your case number is: NA. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 7 Rule 20 - Consent to Transfer Out. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (lom) (Entered: 02/26/2018) |
| 03/20/2018 | 8 | WAIVER OF INDICTMENT filed by Plaintiff USA as to Defendant George Garofano (White, Ryan) (Entered: 03/20/2018) |
| 03/21/2018 | 9 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Miscellaneous Document 8 . The following error(s) was/were found: Case is closed. Other error(s) with document(s): Case was closed and transferred to the District of Connecticut on 2/26/2018. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document |

stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (mrgo) (Entered: 03/21/2018)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/29/2018 08:45:19 | | | |
| **PACER Login:** | jfazekas143:4262278:0 | **Client Code:** | red |
| **Description:** | Docket Report | **Search Criteria:** | 2:18-cr-00010-SVW End date: 3/29/2018 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |