UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 3:18-cr-0038 (VAB) |
| | : | |
| v. | : | |
| | : | |
| GEORGE GAROFANO | : | April 23, 2018 |

## JOINT MOTION FOR SENTENCING SCHEDULE

In accordance with the Court's instructions at the plea hearing held on April 11, 2018, the parties respectfully submit this joint motion for an order setting the sentencing schedule in the above captioned matter. The parties have conferred and propose the following schedule:

1. First disclosure of the Presentence Report is due July 16, 2018.

2. Objections to the Presentence Report are due July 30, 2018.

3. Second disclosure of the Presentence Report is due August 9, 2018.

4. Defendant's sentencing memorandum is due August 13, 2018.

5. Government's sentencing memorandum is due August 20, 2018.

6. Replies to any sentencing memoranda are due August 23, 2018.

7. Sentencing is to be held during the week of August 27, 2018, on a date to be determined by the Court in accordance with the Court's schedule and availability.

Respectfully submitted,

| | |
|---|---|
| JOHN H. DURHAM | THE DEFENDANT, |
| UNITED STATES ATTORNEY | George Garofano |
| | |
| */s/ Neeraj N. Patel* | */s/ Richard W. Lynch* |
| | |
| NEERAJ N. PATEL | RICHARD W. LYNCH, ESQ. |
| ASSISTANT U.S. ATTORNEY | Lynch, Traub, Keefe & Errante, P.C. |
| Federal Bar No. phv04499 | Federal Bar No. ct02381 |
| 157 Church Street, 25th Floor | 52 Trumbull Street |
| New Haven, CT 06510 | New Haven, CT 06510 |
| Tel.: (203) 821-3700 | Tel: (03) 787-0275 |
| Email: neeraj.patel@usdoj.gov | Email: rlynch@ltke.com |

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2018, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

         */s/ Neeraj N. Patel*
         Neeraj N. Patel
         Assistant United States Attorney