

January 31, 2018

To Whom It May Concern,

I first met George Garofano in the fall of 2010, when he was a sophomore here at Bryant University. He was interested in a work study position in my department. I hired him and he was with us until his graduation in May of 2013.

George is an efficient, detail-oriented worker. He was organized in all that he was given to do. He was always dependable and trustworthy. He handled the USPS mail on a daily basis and knew the importance of handling as well as potential consequences of mishandling such.

George has a great personality and was always happy, helpful and enjoyable to have around.

If you have any questions, please don't hesitate to contact me.

Sincerely,

Joanne T. Robertson

Manager, Post Office Operations

Bryant University