February 7, 2018

To Whom It May Concern:

I am writing this letter on behalf of George Garofano. I have known George for his entire life because I am his older brother. My name is Ralph Garofano, and I am the oldest son in the family and I am very grateful for this opportunity to speak on behalf of George.

There is honestly no way to communicate how out of character George's recent mistakes and choices misrepresent the person he is and the good heart within him. For most of us who know George, it is still hard to believe he lost his way for this brief period of time. It is true that one choice can alter any of our lives, but I am hoping that compassion and consideration of his young age will lead to some level of grace and new opportunity for him. George has always been a gentle and kind person. I am much older than he is and have always been impressed with his respect for others and the ways he was loved and valued by his peers and the adults in his life.

In many ways, George was and is the typical good - hearted American kid who grew up with a loving family and excelled in school. In our family, graduating High School is a pretty big deal but George is one of two members in our entire extended family that graduated from college.

I have many fond memories of George helping his mother around the house, caring for his grandmother who he loved deeply (and lost this past year), supporting his younger brother through challenging times and finding ways to connect with his father around the family's Italian heritage. He was also supportive and surprisingly empathetic at his age towards me during a recent painful divorce.

I understand the seriousness of the decision you have to make in regards to justice and do not take that lightly. I believe that for the past several years George has been in an emotional prison waiting for this time to come. It has not been easy. He is a sensitive and thoughtful person and for years now, he has lived with his regret and guilt. He has also lived with his fear and anxiety as this moment hung over his head like a dark cloud. I hope in some ways this will be considered as you weigh your decision.

I am currently the Director of Spiritual Care for the Palmetto Health Care system in Columbia, South Carolina. Prior to this position, I served as the Director of Spiritual Care for the South Carolina Department of Corrections. I have had the privilege of working with many men and women who were incarcerated. I was able to witness firsthand how some of these individuals transformed their lives through their experience and I saw individuals who suffered and never truly recovered from their time in prison.

I am obviously biased, as anyone would be writing you a letter on behalf of their family member. I would like to say in an objective way as possible, that George Garofano would be worth the chance of allowing him to serve the community versus prison time. If possible, I am requesting that you consider alternative ways of finding justice for this situation as you consider all the angles available. George has true regret and feels remorseful for the pain he has caused others. He is a young man who will live with this for the rest of his life, and my hope is that you will find a way for him to pay back others through community service. I have no doubt that George has learned from his mistakes and realizes with greater awareness the consequences of his actions. Thank you for this opportunity to share my knowledge and personal experience of George with you. I hope in some way that it gives you a fuller picture of the person George Garofano.

Respectfully submitted,

Ralph Garofano