Rocco C. Morgan

To Whom This May Concern,

My name is Rocco Morgan. I am currently a certified Police Officer in the state of Connecticut through the Police Officer Standards and Training Council. I have been fortunate to protect the community in the town I work in. I have met people who should have been behind bars and those who should not have. I do not believe George Garofano is a person who should be behind bars.

I have known George for many years. We grew up together in the small town of Northford, Connecticut. We both went through the same school system and hung out within the same group of friends. George and I became very close in the past couple years; To the point of us seeing each other every week, despite me living in college away from home. I know who George is as a person.

I can positively and confidently say that George Garofano is the most selfless person that I have ever met. George is the type of person that you can call at any time if you need help with something. I cannot count how many times that he has helped me. George is able to make friends with anyone and leave anyone with a smile. He has a very close relationship with his family and friends. I do not think George should have his biggest support group taken away from him. He is not a threat to society in any way.

George has spoken to me about the whole situation. George did make an error in judgment. He feels horrible about what he has done and regrets the whole thing from happening. He is genuinely sorry for each victim involved. The punishment that has occurred from this process has been enough of a deterrent for George. It is my understanding that George has been cooperative and respectfully throughout the entire process, even though this has been the most stressful years of his life.

One mistake does not make George Garofano a person who deserves any duration of a sentence. I hope that you are able to talk to George and see the amazing person that I see. Thank you for taking the time to read this. I hope the right choice is made.

Rocco C. Morgan



2/10/18