January 26, 2018

Jaclyn Steinke

███████████

Your Honour,

    My name is Jaclyn Steinke, a Certified Physician Assistant, and resident of Northford, Connecticut. I am writing on behalf of George Garofano, a dear friend of mine for over ten years and a reliable and trustworthy confidant. He has been a consistent member of my support system, guiding me through the trials young adult life tends to dish out. His advice and upstanding judgement has always been highly-valued, and his character, never questioned. Since moving back to Northford, I have continued to spend ample time with George. He is highly regarded in many friend groups as well as in my family.

    I have spoken to George personally about the charges against him and am aware that he has plead guilty to violating the Computer Fraud and Abuse Act. He is beyond remorseful for his actions and even more for the innocent lives he has impacted as a result of them. He is embarrassed to have let himself get caught up in activities that stray so far from his morals. George was quick to cooperate with investigators, acknowledging his misstep in judgement years ago, and providing them with additional information related to the case. He has not tried to argue or detract from the seriousness of his actions, but rather has accepted the repercussions.

    Unfortunately, I cannot speak to George's mindset during the course of these events as life changes had briefly distanced us. However, he has since confided in me that he got wrapped up with the wrong group of people, as many often do. I know that George has battled through many difficulties over the past years. He has struggled to help a close family member through a debilitating drug addiction. He has also helped to care for his grandmother at home whose health had been sadly deteriorating, up until her death a few months ago. I cannot imagine these events did not impact his lapse in judgement.

My personal relationship with George aside, he has always been a reputable member of the community. In high school he participated in various sports, where he was recognized several times for his desire and dedication to the teams. He graduated college with a bachelor's degree from Bryant University at which he was heavily involved in the organization of school-wide events. He has spent years refereeing soccer games from youth leagues to high school teenagers. He even now still captains his own soccer team in an indoor league. To say this man is loved by many would be a huge understatement. Everything about this crime is out of character for George and I feel very strongly that it was a one-time occurrence.

With prison time on the line - for a previously clean-record citizen - obviously George is scared. But what many outside of George's life may not fully appreciate is the sentence he has been living for the past three years. With the weight of his actions looming over him, he has been in fear. He has had to cope with the fact that at any moment everything he cares about could be taken away from him and every positive life achievement reversed.

Furthermore, you can only understand growing up in a town like North Branford if you grew up in one yourself. No gossip goes unspoken, no rumor is too small. With news like this breaking, especially about such an upstanding community man, George's hometown life will forever be changed. He has already begun to avoid his favorite places for fear of running into town members who will now question his integrity, something he has always held dear.

I do not condone George's action and I realize he must be held accountable. However, I can personally attest to the fact that my opinion of him is unwavering. I will still choose to trust him with my friendship, my experiences, and my own missteps. He remains in my eyes a great man and I can only hope that this letter has successfully portrayed him as such.

Sincerely,



Jaclyn Steinke, PA-C