February 5, 2018

Tina Garofano


Attorney Richard Lynch
52 Trumbull Street P.O. Box 1612
New Haven, CT 06510

To the Sentencing Judge,

Re:  Reference for George Garofano

Your Honour, I have known George Garofano since his birth. As his sister in law for the past 26 years I have had the pleasure of watching him grow from a well behaved, mannered young boy to a responsible, mature young man. He was raised with good morals and family values.

I am a Connecticut resident for 47 years and work as a Polysomnograher for the past 13 years at Norwalk Hospital. I served four years in the United States Navy as an Avionics Technician.

I am aware that George has pleaded guilty to unauthorized access to protected computers. George has never had any previous violations of any sort and has always been an upstanding citizen. This is out of character for him and I believe he did not fully understand the ramifications of what he did. I know he would never intentionally hurt anyone and I whole heartily know he is remorseful for his actions.

As a young boy during his early school years George worked hard and strived to always achieve excellent grades. He played soccer for the town of Northford and also took piano lessons faithfully. He still to this day plays the piano, especially at Christmas when the family is together. During his high school and college years George was very goal orientated and showed exemplary commitment and achievement. He participated in athletic activities such as organizing soccer teams to joining social clubs in college. He became a referee for Youth Soccer. He graduated from Bryant University and went on to pursue work and a career.

As for his love and devotion for his family it is commendable and a rare quality in his generation. I have watched him care for his elderly grandmother who recently passed and I know it weighs heavy on his heart. He was very compassionate and loving. I have two children who are very close in age to George and he is not only an uncle to them but a best friend. He is always positive and uplifting. He is very loyal and is truly a blessing to our family.

I am available to discuss this reference upon request.

Sincerely,



Tina Garofano