To whom it may concern,

My name is Joseph Goral. I'm a coach of youth soccer for 36 years in Connecticut. I've taken teams all over this country and abroad in this time with hundreds of kids. I have known the Garofano family since 1975. George Garofano was part of that youth soccer in North Branford. He was a respectful, responsible and intelligent young man throughout that time. He then transitioned to becoming an official referee of the youth programs and high school in the South Central area for many years after. He was always professional to the players, coaches and parents. He is an educated gentleman getting his degree from Bryant University with a Master's degree. We hope that the judgement for him, being his first offense, does not affect the future possibilities of George for the rest of his life. He understands his mistakes and has learned from them. His family and friends ask that you take in to consideration his past positive contributions to society and the ones that he will make in the future. Thank You.



Joseph Goral