To whom it may concern:

This is a character reference on behalf of Mr. George Garofano. I have been a college professor/psychologist for five decades. My frame of reference is young men and women whom I have known in my years of experience.

I have known Mr. Garofano since he was a very young child. I have had many contacts with him and his family. I observed and interacted with him as a child, adolescent, young adult, and a professional person. At all times, regardless of his developmental stage, he has been always courteous, kind, gentle, articulate and most helpful to others. In all my years of experience, knowing George, I have never heard him speaking negatively about others. In fact, he is so kind to people he helps the elderly and entertains younger children when they are visiting by playing with them in the yard.

As I compare George with all the young people I have known as an educator I believe he has been one of the best. He was an excellent student at all levels and I expect a great future for him. We all as parents and grandparents, educators and professionals in different fields, know that young people make mistakes that they regret and learn not to ever make them again.

I am hoping that you can give him a chance to pursue a bright future as a professional who will contribute positively to the community.

Thank you for your kind consideration.

Sincerely,

Ragaa Mazen, Ph.D.

Nationally Certified Counselor (NCC)

Professor Emerita

Southern Connecticut State University