1-23-18

To Whom It May Concern,

My name is Bryan Cunning. I'm a paralegal with the State of Connecticut as well as a 4L at Quinnipiac University School of Law. I'm writing you about one of my best friends, George Garofano.

I have known George for most of my life (26 years). We grew up on the same street, going to the same school all the way up through high school. I have seen him grow into the personable great young man he has become. George is one of the most caring, generous, thoughtful person anyone could meet.

George is not only one of my best friends, he is family to me. When he told me the situation he got himself into I was shocked. I couldn't believe it. The articles make him out to be something he is not. He's lived with keeping this situation quiet for over 3 years and knowing the kind of person he is I know that was a burden on him. This situation, by no means, will change the way I see him because I know everyone makes mistakes and that's what happened here.

George has always been there for me so It's only right me being there for him throughout this process. Having gone this long with this hanging over his head has been an ordeal in and of itself for George. I know the judicial

system has to run its course but I hope you take these words into consideration. George has never had a run in with the law like this before. He is a great son, boyfriend, uncle and overall great person and friend. George has taken responsibility for his lapse in judgment and now is dealing with the consequences.

George has a great deal of integrity and always wants to do what is right. I know this is a difficult situation when you really don't know who George is so I hope you will look at this letter and the others you are receiving and understand how the people who know George really feel about him. Please let these all be a factor when you make your decision.

Thank You,

Bryan Canning