To whom it may concern,

    I am sending this letter in reference to George Garofano.

    I am writing this because George is one of the kindest, nicest and most trustworthy friend I could have ever asked for. It may not seem like we are talking about the same person but it is true. I have known George since middle school over a decade ago and he has always been a great person.

    In August 2015 I had a terrible tragedy in my family, George was one of the first to contact me and then visit my family along with others. I will always love him like a brother for that.

    He knows he has made a terrible mistake

and regrets it. He is a good friend/brother/son who will be sure to fix what he has done wrong, he just needs that second chance.

Thank you,
Sal Curcio

