January 20, 2018

To Whom It May Concern:

I am writing on behalf of George Garofano.

I have known the Garofano family for over thirty years, and George his entire life. As a child he was outgoing, inquisitive, polite, and had a smile that lit up the room. He excelled academically in high school and college, and is also a talented musician, among his many other achievements.

George has always treated our family with kindness and respect, and to learn of his involvement in this computer hacking scheme was distressing, as it revealed to me a part of George I never knew. But to accept responsibility for these damaging actions, and accept the consequences of this behavior, is a big part of the young man I know and love. I know he has come to understand how wrong his actions were, and though a young man at the time, should have known better.

George is ready to face the consequences of his actions, and put this painful episode of his life behind him, but also to learn from it, so that he may go on to live a productive and meaningful life. He has a tremendous support system in his family, and we are hoping that the judge will take that into consideration when deciding his sentence, as he is truly remorseful about what he did.

Sincerely,

Cindy DuBell