Alessandra Garofano                                              April 1, 2018



Attorney Richard Lynch
52 Trumbull Street P.O. Box 1612
New Haven, CT 06510
(20

To the Sentencing Judge,

Re: Reference for George Garofano

      My name is Alessandra Garofano. I am 25 years old. I am currently employed as an event coordinator with Forks & Fingers Catering LLC of East Haven, CT. George Garofano is my Uncle.

I am aware that George Garofano has pleaded guilty to unauthorized access to protected computers. I also am aware that George Garofano has never had any previous violations.

I sometimes forget George is my Uncle, as we are so close in age. I was the first-born grandchild on my father's side. Coming into this world, I did not have any siblings or small cousins to play with. I had my Uncle George. He was my first friend and continues to be to this very day.

There is one memory of my childhood that has always stayed with me. My Grandpa Gigi (Luigi Garofano Sr.) was blessed with the task of watching his then, youngest son, George Garofano, and granddaughter, me. Around noontime he had asked George and myself what we had wanted to eat for lunch. Being the kids that we were, of course we wanted macaroni and cheese. If you know my Grandpa Gigi, you know that he is a phenomenal cook and always makes everything from scratch. If we asked for Kraft macaroni and cheese, he would respond, "Kraft who?". George and I were excited that he agreed to our request.

When we got our lunch, George and I both looked at each other with skepticism. This was the first time we had ever seen mushrooms in our macaroni and cheese. We began to eat regardless. Every bite became harder and harder to swallow. In George and I's opinion this was not the macaroni and cheese we had in mind. We knew we couldn't eat anymore. We both agreed that neither of us had the heart to tell Grandpa Gigi that we did not like his "macaroni and cheese". We decided to clear our plates by tossing the remaining pasta into Grandpa Gigi's garden once he had left the room. Grandpa Gigi then re entered the room, saw our clean plates and excused us from the table to go play.

As we were playing, George couldn't ignore the fact that we had done something wrong. We had lied. This was the day my Uncle George taught me a huge life lesson. Although the reason we lied was to protect my Grandfather's feelings, we still lied. George then told my Grandfather what we had done. Needless to say, Grandpa Gigi was not happy with our choice. We were put in "time out". George taught me that we all are guilty of making the wrong decisions. Sometimes our intentions are pure, but our course of action could show otherwise.

George Garofano is an exceptional human being and has a heart of pure gold. However, like you and I, he is still only human. He makes mistakes, but it is his responsibility to take ownership of those mistakes that makes him exceptional.

"A man must be big enough to admit his mistakes, smart enough to profit from them, and strong enough to correct them." John C. Maxwell

I am able to discuss this reference upon request.

Sincerely,
    Alessandra Garofano

January 24, 2018

REFERENCE REGARDING MR. GEORGE GAROFANO

I am a retired professor of counseling. I have known Mr. Garofano since he was a baby. I have followed an academic career which is the kind that any parent would be proud of. He always had honor grades and never violated school rules. After graduation from college he found a good job in a bank and was successful at it.

I am crushed, as his parents must also be, that Mr. Garofano got involved with this hacking group—a first transgression from the norm.

I encourage the court to be as non-punitive as possible. This would enable Mr. Garofano to reflect and to get his life back on track. He is destined to become a contributing member of society.

Sincerely,

James M. Brine, Ed.D., Nationally Certified Counselor (NCC)

Professor Emeritus and former Chair of Counseling and School Psychology Department

Southern Connecticut State University

1-22-18

Your honor -

I have known George Coarafano his whole life - he is 1/2 brother to my 3 sons.

George is a fine young man. He had promise of a bright future. George recently lost his grandmother - she lived with the family his whole life and feels her loss tremendously. He was a devoted grandson and was instrumental with the care she needed.

George is polite, kind, considerate as well as compassionate. I hope you take these character traits under advisement.

Somehow George made a Huge mistake. He hurt people however I cannot help but believe that he was that naive. I don't feel he realized exactly what he was doing nor the pain that ensued. He did not see the bigger picture.

I truly do not believe that a Federal Prison is the place for George. He has had a sheltered life - a great education and is very family oriented

I implore you to extend mercy on him when you get set to sentence him.

George is not a strong man in the "street sense". I am not sure how he will do in a Federal Prison setting. I plead with you to take this into consideration and have compassion on him.

This young man does NOW know and understand the magnitude of his actions. I believe he has learned a great lesson and putting him into a dangerous facility can only do more harm than good.

Thank you for allowing me to write this letter on behalf of George Coarstano and his family.

I beg you for mercy and compassion as I pray for the right sentence.

Sincerely

February 22, 2018

To Whom It May Concern:

I am writing this letter as a character reference for George Garofano. I am a family friend and I have known George's parents for many years and George since his birth. He has always been a kind, respectful and perfect gentleman. He is very close to his family and has amazing family values. He is a hard working, well rounded individual who has an excellent rapport with people of all ages. He recently lost his grandmother, who resided with him. He was always very helpful and kind to her. He was a good student and more important a good person.

I am honored and blessed to have George and his family be part of my life.

Sincerely,

Dawn Fratantonio

Alexander McGuigan

███████████████

February 2nd, 2018

Your Honour,

My name is Alexander McGuigan and I am writing this letter on behalf of my good friend George Garofano. I am a recent mechanical engineering graduate from the University of Connecticut and I am currently working in the research and development department at Medtronic. I grew up in Northford and met George two years ago through mutual friends, we have hung out consistently ever since and became very close friends. Even though I have only known him for two years, he is one of the most honest and sincere person I have ever known. He is an extremely upbeat individual, and regularly goes out of his way to help those in need.

I understand George is pleading guilty to violating the Computer Fraud and Abuse Act. The news spread throughout our town instantaneously due to various news sources and social media. Seeing his name slandered all over the internet without intimately knowing what kind of person he is pained me. George shared this knowledge with me beforehand and was visibly shaken

and scared due to the potential consequences of his actions. Even after telling me what was happening to him, not once did I ever change my opinion of him, or look at him in a different light. That in itself says something about what kind of person George Garofano is. Knowing that he has been waiting for this day for around four years since he was caught is a sentence in itself. The fact that he has been waiting so long caused him to suspend any future plans he had for himself such as starting a career knowing that this would come back to haunt him.

Since we have become acquainted, I have never met an individual who has gotten along with everyone they meet. He is an extremely outgoing and friendly person, and everyone who knows him can attest to that. He personally got me into playing club soccer which has been a fantastic experience and I have gotten the opportunity to meet amazing people because of it. If there was one word to describe the George Garofano I know, it would be compassionate. He is an extremely caring person and would rather put himself in an uncomfortable position than inconvenience others. I believe I understand him pretty well because we are kindred spirits in a lot of ways. George is a super positive person who tries to see the best in every situation. He underwent many hardships for the sake of

his family, and is constantly supportive to anyone who confides in him. It is disheartening to see George's light dampened by his actions years ago. Shouldering this burden for so many years can crush anyone's spirit, yet George still tries to go out of his way for others when he should be focusing on himself.

The fact is, what George did was wrong. There is no denying that. However, being a young kid in their 20's, who just wanted to make some cash is different than being a criminal mastermind. I do not believe he meant harm to anyone and he clearly did not understand the ramifications of his actions. To be fair, I did not know George when all of this occured. However, since I have known him, I would not believe anyone who told me George had become involved in something like this. He is an extremely kind and generous individual, and if he was different before I met him then he turned his life around drastically. He has been extremely cooperative with the police and has done all in his power to aid with the investigation. He constantly fears for the future, and that is no way for someone so young to live. If anyone deserves a second chance, it is George Garofano.

My hope is that you will take into account this testament of George's character and try to understand him as I and so many of his friends

do. Whatever he has done in the past, he has done everything in his power to make up for. It is solely because I know what kind of person George is that I am writing this letter. I have only known him for two years but those two years have given me all I need to judge him as a person. The amount of compassion and kindness he shows far surpasses many other people I know. Please take all this information into consideration during his sentencing.

If there is any other information I can provide, do not hesitate to reach me at ▮▮▮▮▮

Sincerely,

▮▮▮▮▮

March 22, 2018

      To Whom It May Concern, I am writing to you to about a dear friend, co-volunteer and overall good person. The question that stands here is what makes a good person. It is something that can be difficult to answer. Are you a good person? Are you someone who believes that they know right from wrong? Life creates challenges with opportunities that bring us to a crossroad. In those moments we have a chance of taking a path less traveled. When asked, you personally believe that you would never go down the wrong road, but if you did, would you officially not be a good person? Would that one moment decided what kind of person you are for the rest of your life. I personally believe that there are some roads that can negatively impact your life forever. If we discuss the current situation that George Garofano has put himself in, we need to truly think what he did specifically and if he has officially crossed a path to make him a bad person.

      I personally was taken back when I heard that my friend George Garofano pled guilty to computer fraud. At first I did not believe it. It was something I could not comprehend. I thought how? Why? I thought about his ability to commit this crime with his lack of computer skills. I then thought back to the time I met George, it was his freshman year of college. There was a curious, young and friendly looking freshman at an event organized by the schools programming board. I could tell that he was instantly hooked on joining the organization. That same day, he joined the group as a volunteer and he was in attendance to every meeting from there on. Ever since that day we became friends. His infections personality brought many friendly faces around him. Being a chair member myself, I was happy to see that over the years my friend was heavily involved. By his sophomore year he was a chair member himself. George loved being involved, seeing others happy and most importantly, making new friends. I have seen George go out of his way many times to make others happy. Whether it was talking to them after a hard time at home or whether it was because they needed a friend at a time in need. George was an individual that would always look out for others. If there was someone at an event not having fun, George would try to turn around that moment and make it memorable. The individual I just described does not seem like a bad person. Unfortunately, George has pled guilty. That fact has been proven. But I have seen George at his worst and his best. To be honest, these two traits are not far apart for him. While George is not perfect, he is one of my friends who are close to it.

      I am writing this letter two months after I found out the news about him as I wanted to think long and hard about the situation. Shocked does not describe the word that I felt the moment I heard the news. The question that stands out to me is if George is no longer a good person. He is guilty and does deserve recourse. I asked myself many times if I should reach out. Should I help someone who has negatively impacted so many celebrities' lives? My deciding factor was remembering the person I know till this day. I decided that his first major flaw in judgement should not decide/describe who George is. I don't want the rest of his life ruined due to a judgement that he failed to realize was the wrong path to take. George is a loving, caring and trustworthy individual. George's history shows that he is an individual that can and will be better. Any recourse that George receives, will not be as hard as he is currently being on

March 22, 2018

himself. I truly believe that George's actions were out of character and would not happen in the future.

      If you are reading this and have questions or concerns, I am happy to help. I am happy answer about a person that deserves the upmost benefit of the doubt. I am happy to answer about a good person who choose the wrong path.

Sincerely,



Cory Cloutier

April 6, 2018

To the Sentencing Judge

Your Honour,

I am writing this after learning George Garofano has been charged with a federal crime. I have known George since he was in preschool with my oldest son. They grew up together and are still great friends now. I was shocked to learn of the allegations since he has been an exemplary citizen his entire life. He was not just a friend to my older son but was a wonderful mentor to my youngest- in school and on the soccer field where he took him under his wing to teach and referee for the town soccer league. I then watched as he graduated high school and went off to college to pursue his dreams.

This offence is George's first criminal offence and I am confident he had no idea of the repercussions involved since he was just a young college student at the time. He is sincerely remorseful for his actions. He meant no malice during this.

I understand the distressing circumstances that George is now facing. He has expressed his deepest regrets for what he has done, particularly the effects for his family and his career. I am confident he will not reoffend and will continue to be a valuable member of society if given the opportunity. He is especially troubled by what this charge can do to his employment prospects. With his finance degree I believe he can do more good out of prison with community service than he could possibly accomplish in prison.

Should you need to verify any of my statements above, please feel free to call me at ▮▮▮▮▮▮.

Sincerely yours,

Deanna Juhasz

March 18, 2018

Dear Sir/Madam,

I am writing today to ask for leniency for my nephew and Godson, George Garofano.  George is a kind, considerate and well-mannered individual who is always the first one to help out.  I remember when he was a youngster  he was so skinny that he was able to help us by slipping behind the washing machine and unplugging it for us.

He makes time to spend with youngsters in the family. On several occasions he has taken them miniature golfing or kicking around the soccer ball.  As the first born grandson he spent a significant amount of time with his grandmother helping her in the kitchen and with chores that were asked of him.  As she aged and became feebler George assisted the best he could in caring for her as well.

George has a certain naivety and I believe he did not understand the magnitude of his actions at the time.  I know he is truly remorseful. George would be best suited to a period of community service where his better traits can be used.

I thank you for your consideration.

Respectfuly,



Jeannette Cole

Anthony Fraenza

January 28, 2018

The Presiding Judge:

My name is Anthony Fraenza, I am retired teacher. I thought high school for 30 years.

It was a great shock to find out the charges George is being sentenced for. It is so out of character for this young man.

I have known George Garofano since he was born. Over the years I found him to be very kind and caring about people, always loving toward his family and very attentive to his grandmother. He is loyal to his friends and respectful to all he comes in contact with.

After graduating from high school he received a degree form Bryant University. I attended his after graduation gathering and I saw a young man very proud of his accomplishment.

I also dealt with him at his place of work. He always greeted people with a smile and happy to be of help.

George has made a mistake for which he is incredibly sorry. Jail time, based on one bad decision will certainly alter his life.

Respectfully,