

At the Heart
of Recovery

# Chemical Abuse Services Agency, Inc.

REYTO APARTMENTS
;5 Arctic Street
ridgeport, CT 06608
.03) 394-9933
.03) 394-9944 Fax

ASA HOSTOS
)0 Arctic Street
ridgeport, CT 06608
.03) 339-4112
:03) 339-0009 Fax

ASA RECOVERY HOUSE
124 Iranistan Avenue
ridgeport, CT 06605
:03) 336-4745
:03) 368-4785 Fax

IAAS
26 East Street
Jew Haven, CT 06511
:03) 495-7710
:03) 495-7713 Fax

OBLE HOUSE
40 Noble Avenue
ridgeport, CT 06608
!03) 334-0020
!03) 334-2815 Fax

ROJECT COURAGE
92 Kossuth Street
·ridgeport, CT 06608
!03) 339-4777
!03) 296-1566 Fax

ROJECTO NUEVA VIDA
90 Arctic Street
·ridgeport, CT 06608
!03) 339-4112
!03) 337-5488 Fax

Asher Delerme, MS, CAC, LADC, CCDP-D, CCS
Executive Director

Kristin Bonilla, MS, CAC, LADC, CCDP-D, CCS

To: Richard Lynch, LLC
Date: July 26, 2018
Re: George Garofano
DOB:

The following information concerns the above client's current treatment progress in the following areas (Note: This information is conveyed only in the presence of a signed release of information form):

*The above client presented to the Multicultural Ambulatory Addiction Services (MAAS) for an intake assessment on 4/26/2018. He was admitted to MAAS on 4/30/2018 for outpatient treatment to help treat Alcohol Use Mild, Cannabis Use Mild and Cocaine Use Mild.*

**Treatment session attendance overall:** Mr. Garofano successfully completed outpatient treatment on July 16, 2018 which consisted of psychoeducational group once per week and monthly individual sessions (or more if needed) for 12 weeks or until successful completion of 12 groups (no substance use). Despite completing the requirement for treatment, Mr. Garofano independently requested to remain in treatment for added support, therefore remains in treatment. Mr. Garofano's treatment goals included identifying his specific triggers and/or stressors, developing new coping skills in order to prevent relapse along with other dynamics of addiction, such as emotional, mental, and criminological behavior(s). While engaged in individual sessions, Mr. Garofano is participatory and appears motivated to maintain his recovery. Mr. Garofano has an attendance rate of 100%.

**Groups attended:** Mr. Garofano has attended 12 treatment days, which explore the topics of but not limited to, relapse prevention, coping skills and men's counseling. Mr. Garofano is reported to be engaged and an active participant in group sessions.

**Urine toxicology (drug/alcohol screening):**
Mr. Garofano rendered 12 random supervised urine screenings since admission into treatment, all negative for illicit substances and 1 pending result from the lab (rendered July 25, 2018).

**Other Concerns:** None at this time.

If you have any further questions, please do not hesitate to contact me at 203-495-7710 x

Sincerely,

Pamela Camporeale, MS, LADC
MAAS Clinician II
426 East Street
New Haven, CT 06511
203-495-7710 x
203-495-7713 Fax