Sarah McDonald

January 24th, 2018

Your Honour,

My name is Sarah McDonald. I am a registered nurse at Yale New Haven Hospital and a volunteer assistant coach for North Branford High School's girls' soccer team. I have known George Garofano for the last nine years. I initially met him as my friend's boyfriend in high school. He then became my teammate on our track team. From there, he ended up becoming one of my most trusted friends. Since I have moved back to Connecticut after college, George and I have had the opportunity to become close friends, seeing each other usually once a week. Our similar, cheerful personalities have bonded us through the challenges life has thrown our way.

I am aware George is pleading guilty to violating the Computer Fraud and Abuse Act. He has discussed the charges with me and how remorseful he is. He truly regrets his actions and feels horrible knowing he has hurt innocent people. The day George pled guilty, I was bombarded by text messages and calls from friends and family members who had seen articles detailing the investigation. We come from a very small town where people are desperate for something to talk about. The news spread quickly and within hours George's scarlet letter was permanent. His reputation has been ruined for an act he committed years ago.

It would be easy for those who do not know George to rush to judgement and quickly write him off as a bad person based on this charge alone. Knowing this has deeply affected him. He has had to avoid public places where he could run into people he knows. His normally positive disposition has been replaced with one that is depressed and fearful for the

charges. I still consider him to be kind and trustworthy. I know what he did was wrong. He got caught up with the wrong people years ago and that led him down a path that strayed away from his morals. Since then, he has been cooperative with the police and taken responsibility for his actions. He's described the last three years as somewhat of a sentence within itself. He has been hiding this secret of a federal investigation from his friends and family, awaiting the day it would be brought to light. That time is now and he is on the precipice of losing everything he cares about.

My hope is that you are able to see George in his entirety as a person, beyond the mistakes he made three years ago. Your early twenties are a time when you are still figuring out who you are in this world, making many mistakes along the way. He has grown and learned from these mistakes. Standing here today, you are looking at the thoughtful, compassionate man he has become. Please take this letter into consideration during his sentencing.

If I can provide any further information, I can be reached at ███.

Sincerely,
Sarah McDonald
███