AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>George Garofano<br>*Defendant* | )<br>)<br>)   Case No.   3:18-cr-0038 (VAB)<br>)<br>) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

George Garofano

Date:   08/29/2018

*Attorney's signature*

Matthew D. Popilowski ct28869
*Printed name and bar number*

Lynch, Traub, Keefe & Errante, P.C.
52 Trumbull Street
New Haven, CT 06510
*Address*

MPopilowski@ltke.com
*E-mail address*

(203) 787-0275
*Telephone number*

(203) 777-5827
*FAX number*